UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, and CECELIA BRUENING, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 05-10150-RCL |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants in the above-captioned matter.

Respectfully submitted,

SYDNEY, INC., d/b/a OAD MIDWEST,
WALSTROM GROUP, INC., GARY W.
WALSTROM, and CECELIA BRUENING

By their attorneys

January 26, 2005

_____
Ira K. Gross (Board of Bar Overseers
  Number 212720)
Nicholas M. O'Donnell (Board of Bar Overseers
  Number 657950)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

I hereby certify that a copy of the above document
was served on counsel of record for all parties
by hand/mail on 1/26/05.