UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 05cv10150 RCL |
| SYDNEY, INC., d/b/a OAD MIDWEST, | ) |
| WALSTROM GROUP, INC., GARY W. | ) |
| WALSTROM, and CECELIA BRUENING, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants in the above-captioned matter.

Respectfully submitted,

SYDNEY, INC., d/b/a OAD MIDWEST,
WALSTROM GROUP, INC., GARY W.
WALSTROM, and CECELIA BRUENING

By their attorneys

January 26, 2005

Nicholas M. O'Donnell (Board of Bar Overseers
Number 657950)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

I hereby certify that a copy of the above document
was served on counsel of record for all parties
by hand/mail on 1/26/05.