UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 26 P 2: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| OAD, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 05-10150 RCL |
| v. ) | |
| ) | CIVIL ACTION NO. |
| SYDNEY, INC., d/b/a OAD MIDWEST, ) | |
| WALSTROM GROUP, INC., GARY W. ) | |
| WALSTROM, and CECELIA BRUENING, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT WALSTROM GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Walstrom Group, Inc., by and through its attorneys, states that it has no parent corporation and no publicly held company owns more than 10% of its stock.

{B0369385; 1}

                      Respectfully submitted,

                      SYDNEY, INC., d/b/a OAD MIDWEST,
                      WALSTROM GROUP, INC., GARY W.
                      WALSTROM, and CECELIA BRUENING

                      By their attorneys

January 26, 2005

                      Ira K. Gross (Board of Bar Overseers
                        Number 212720)
                      Nicholas M. O'Donnell (Board of Bar Overseers
                        Number 657950)
                      SULLIVAN & WORCESTER LLP
                      One Post Office Square
                      Boston, MA 02109
                      (617) 338-2800

I hereby certify that a copy of the above document
was served on counsel of record for all parties
by hand/mail on _1/26/05_

{B0369385; 1}