# Commonwealth of Massachusetts
## PLYMOUTH SUPERIOR COURT
### Case Summary
### Civil Docket

## PLCV2004-01381
### OAD LLC v Sydney, Inc. et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/15/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 01/28/2005 | **Session** | B - Civil B - CtRm 1 (Plymouth) | | |
| **Origin** | 1 | **Case Type** | A01 - Services, labor, materials | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 02/13/2005 | **Answer** | 04/14/2005 | **Rule12/19/20** | 04/14/2005 |
| **Rule 15** | 04/14/2005 | **Discovery** | 09/11/2005 | **Rule 56** | 10/11/2005 |
| **Final PTC** | 11/10/2005 | **Disposition** | 01/09/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
OAD LLC
168 High Street
Norwell, MA 02061
Active 11/15/2004

**Private Counsel 550133**
Martin P Desmery
Craig & Macauley
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
Phone: 617-367-9500
Fax: 617-742-1788
Active 11/15/2004 Notify

**Private Counsel 638204**
Daniel C Reiser
Craig & Macauley
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
Phone: 617-367-9500
Fax: 617-742-1788
Active 01/11/2005 Notify

**Defendant**
Sydney, Inc.
Served: 01/05/2005
Served (answr pending) 01/11/2005

**Private Counsel 657950**
Nicholas M O'Donnell
Sullivan & Worcester
1 Post Office Square
Boston, MA 02109
Phone: 617-338-2800
Fax: 617-338-2880
Active 01/28/2005 Notify

**Private Counsel 212720**
Ira K Gross
Sullivan & Worcester
1 Post Office Square
Boston, MA 02109
Phone: 617-338-2800
Fax: 617-338-2880
Active 01/28/2005 Notify

MAS-20041213  Case 1:05-cv-10150-RCL   Document 6   Filed 02/01/2005   Page 2 of 3   01/31/2005
campbell                    **Commonwealth of Massachusetts**                         08:45 AM
                                  PLYMOUTH SUPERIOR COURT
                                          Case Summary
                                           Civil Docket

# PLCV2004-01381
## OAD LLC v Sydney, Inc. et al

**Doing busnss as (alias)**
OAD Midwest
Active 11/15/2004

**Defendant**
Walstrom Group, Inc.
Kansas City, MO 64101
Served: 01/05/2005
Served (answr pending) 01/11/2005

**Defendant**
Gary W. Walstrom
Kansas City, MO 64101
Served: 01/05/2005
Served (answr pending) 01/11/2005

**Defendant**
Cecelia Bruening
Kansas City, MO 64101
Served: 01/05/2005
Served (answr pending) 01/11/2005

### ENTRIES

| Date | Paper | Text |
| --- | --- | --- |
| 11/15/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 11/15/2004 | | Origin 1, Type A01, Track F. |
| 12/21/2004 | 2.0 | Amended complaint of OAD LLC Pursuant to Rule 15 by adding Walstrom Group Inc., Gary W. Walstrom and Cecelia Breuning as party defts' & Jury Claim |
| 01/11/2005 | 3.0 | Affidavit of compliance by Daniel C Reiser with proof of service of complaint re: Sydney, Inc., Walstrom Group, Inc., Gary W. Walstrom and Cecelia Bruening |
| 01/21/2005 | 4.0 | Plaintiff OAD LLC's MOTION for Preliminary Injunction under 1 thru 4;Memorandum in support;Affidavit on Michael Gray in support |
| 01/21/2005 | 5.0 | Plaintiff's Ex-Parte request for short Order of notice on mo.#4 |
| 01/21/2005 | 6.0 | MOTION (P#5) ALLOWED Order fo Notice to issue Returnable on 1/31/05 @2:00pm in Plymouth (Thomas A. Connors, Justice) Notices mailed January 21, 2005 |

**Commonwealth of Massachusetts**
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-01381
### OAD LLC v Sydney, Inc. et al

| Date | Paper | Text |
|---|---|---|
| 01/21/2005 | 7.0 | Notice ORDER issued, hereon returnable at the Plymouth on January 31, 2005 @ 2:00 p.m.to show cause why Preliminary Injunction should not be granted.(Thomas Connors, J.) |
| 01/28/2005 | 8.0 | Stipulation for extension of Time to Respond to Complinat upto and including February 10, 2005 |
| 01/28/2005 | 9.0 | Case REMOVED this date to US District Court of Massachusetts: Certified copies of case sent to Nicholas M. O'Donnell, Esq., Sullivan & Worcester, LLP, One Post Office Sq., Boston, MA 02109. |

**EVENTS**

| Date | Session | Event | Result |
|---|---|---|---|
| 01/31/2005 | Civil B - CtRm 1 (Plymouth) | Motion/Hearing: order of notice | Event canceled not re-scheduled |

A TRUE COPY ATTEST

*Francis R. Powers*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CLERK'S NOTICE


This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.