UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
OAD LLC,                       )
                               )
     Plaintiff,                )
                               )
v.                             )   CIVIL ACTION NO. 05-10150(RCL)
                               )
SYDNEY, INC., d/b/a            )
OAD MIDWEST, WALSTROM GROUP,   )
INC., GARY W. WALSTROM,        )
CECILIA BREUNING,              )
                               )
     Defendants.               )
_____)
                               )
SYDNEY, INC., d/b/a            )
OAD MIDWEST, WALSTROM GROUP,   )
INC., GARY W. WALSTROM,        )
CECILIA BREUNING,              )
                               )
     Counterclaim Plaintiffs,  )
                               )
v.                             )
                               )
OAD, LLC and MICHAEL GRAY,     )
                               )
     Counterclaim Defendants.  )
_____)
```

STIPULATION EXTENDING TIME
TO ANSWER OR OTHERWISE REPLY TO COUNTERCLAIMS

Plaintiff/counterclaim defendant OAD LLC, counterclaim defendant Michael Gray (collectively, the "Counterclaim Defendants") and defendants/counterclaim plaintiffs Sydney, Inc., d/b/a OAD Midwest, The Walstrom Group, Inc., Gary W. Walstrom, and Cecilia Bruening hereby stipulate and agree to an extension of the time in which the Counterclaim Defendants must

1

{B0387173; 1}

answer or otherwise respond to the counterclaims asserted against them in the captioned matter up to and through March 25, 2005.

| OAD LLC<br>MICHAEL GRAY | SYDNEY, INC., d/b/a OAD MIDWEST, THE WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING |
|---|---|
| By their attorneys, | By their attorneys, |
| CRAIG AND MACAULEY<br>  PROFESSIONAL CORPORATION | SULLIVAN & WORCESTER LLP |
| | |
| /s/ Daniel C. Reiser_____<br>Martin P. Desmery<br>(BBO# 550133)<br>Daniel C. Reiser<br>(BBO# 638204)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 367-9500 | /s/ Nicholas M. O'Donnell_____<br>Ira K. Gross<br>(BBO# 212720)<br>Nicholas M. O'Donnell<br>(BBO# 657950)<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800 |

Dated March 16, 2005

2

answer or otherwise respond to the counterclaims asserted against them in the captioned matter up to and through March 25, 2005.

| OAD LLC<br>MICHAEL GRAY | SYDNEY, INC., d/b/a OAD MIDWEST, THE WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING |
|---|---|
| By their attorneys, | By their attorneys, |
| CRAIG AND MACAULEY<br>  PROFESSIONAL CORPORATION | SULLIVAN & WORCESTER LLP |
| _____<br>Martin P. Desmery<br>(BBO# 550133)<br>Daniel C. Reiser<br>(BBO# 638204)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 367-9500 | _____<br>Ira K. Gross<br>(BBO# 212720)<br>igross@sandw.com<br>Nicholas M. O'Donnell<br>(BBO# 657950)<br>nodonnell@sandw.com<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800 |

Dated March 16, 2005