UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAD, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-10150 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |
| SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING, individually and derivatively on behalf of OAD, LLC,<br><br>    Plaintiffs-in-counterclaim,<br><br>v.<br><br>OAD, LLC, and MICHAEL GRAY,<br><br>    Defendants-in-counterclaim. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATIONS BY PARTIES AND COUNSEL**

The undersigned hereby certify as follows:

All parties have conferred with their respective counsel concerning the prospective costs of the instant litigation, and have also discussed with counsel alternative courses for the litigation.

{B0394724; 1}

All parties have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. At present, the parties continue to negotiate the prospect of settlement.

SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING, as Defendants and Plaintiffs-in-counterclaim,

/s/ Cecilia Bruening
SYDNEY, INC., d/b/a OAD MIDWEST,

/s/ Gary W. Walstrom
WALSTROM GROUP, INC.,

/s/ Gary W. Walstrom
GARY W. WALSTROM,

/s/ Cecilia Bruening
CECILIA BRUENING,

and their attorneys,

/s/ Nicholas M. O'Donnell
Nicholas M. O'Donnell (Board of Bar Overseers
   Number 657950)
Ira K. Gross (Board of Bar Overseers
   Number 212720)
igross@sandw.ccom
nodonnell@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

2

{B0394724; 1}