UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
OAD LLC,                       )
                               )
     Plaintiff,                )
                               )
v.                             )   CIVIL ACTION NO. 05-10150(RCL)
                               )
SYDNEY, INC., d/b/a            )
OAD MIDWEST, WALSTROM GROUP,   )
INC., GARY W. WALSTROM,        )
CECELIA BREUNING,              )
                               )
     Defendants.               )
_____)
                               )
SYDNEY, INC., d/b/a            )
OAD MIDWEST, WALSTROM GROUP,   )
INC., GARY W. WALSTROM,        )
CECELIA BREUNING,              )
                               )
     Counterclaim Plaintiffs,  )
                               )
v.                             )
                               )
OAD, LLC and MICHAEL GRAY,     )
                               )
     Counterclaim Defendants.  )
_____)
```

CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)
OF COUNTERCLAIM DEFENDANT MICHAEL GRAY

Counterclaim defendant Michael Gray and undersigned counsel for said counterclaim defendant certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of

this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 11, 2005         _____
                              Michael Gray

Dated: April 13, 2005         ___/s/ Daniel C. Reiser_____
                              Martin P. Desmery (BBO# 550133)
                              Daniel C. Reiser (BBO# 638204)
                              Craig and Macauley
                                Professional Corporation
                              Federal Reserve Plaza
                              600 Atlantic Avenue
                              Boston, Massachusetts 02210
                              (617) 367-9500