UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAD LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SYDNEY, INC., d/b/a<br>OAD MIDWEST, WALSTROM GROUP,<br>INC., GARY W. WALSTROM,<br>CECELIA BREUNING,<br><br>    Defendants.<br>_____<br><br>SYDNEY, INC., d/b/a<br>OAD MIDWEST, WALSTROM GROUP,<br>INC., GARY W. WALSTROM,<br>CECELIA BREUNING,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>OAD, LLC and MICHAEL GRAY,<br><br>    Counterclaim Defendants. | CIVIL ACTION NO. 05-10150(RCL) |

CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)
OF PLAINTIFF/COUNTERCLAIM DEFENDANT OAD LLC

Michael Gray (authorized representative of plaintiff/counterclaim defendant OAD LLC) and undersigned counsel for said plaintiff/counterclaim defendant certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of

this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 11, 2005       _____
                            Michael Gray
                            On behalf of OAD, LLC

Dated: April 13, 2005       ___/s/ Daniel C. Reiser___
                            Martin P. Desmery (BBO# 550133)
                            Daniel C. Reiser (BBO# 638204)
                            Craig and Macauley
                              Professional Corporation
                            Federal Reserve Plaza
                            600 Atlantic Avenue
                            Boston, Massachusetts 02210
                            (617) 367-9500