UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OAD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 05-10150 (RCL) |
| SYDNEY, INC., d/b/a OAD MIDWEST, | ) | |
| WALSTROM GROUP, INC., GARY W. | ) | |
| WALSTROM, and CECILIA BRUENING, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SYDNEY, INC., d/b/a OAD MIDWEST, | ) | |
| WALSTROM GROUP, INC., GARY W. | ) | |
| WALSTROM, and CECILIA BRUENING, | ) | |
| individually and derivatively on behalf of | ) | |
| OAD, LLC, | ) | |
| | ) | |
| Plaintiffs-in-counterclaim, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OAD, LLC, and MICHAEL GRAY, | ) | |
| | ) | |
| Defendants-in-counterclaim. | ) | |

STIPULATION EXTENDING TIME
FOR AUTOMATIC DISCLOSURES UNDER FED. R. CIV. P. 26

Plaintiff/counterclaim defendant OAD LLC, counterclaim defendant Michael Gray

(collectively, the "Counterclaim Defendants") and defendants/counterclaim plaintiffs Sydney,

Inc., d/b/a OAD Midwest, The Walstrom Group, Inc., Gary W. Walstrom, and Cecilia Bruening

(collectively the "Defendants") hereby stipulate and agree to an extension of the time in which to

file the Automatic Disclosures as required by Fed. R. Civ. P. 26 up to and through June 3, 2005.

{B0406481; 1}

| OAD LLC<br>MICHAEL GRAY | SYDNEY, INC., d/b/a OAD MIDWEST, THE WALSTROM GROUP, INC., GARY W. WALSTROM, and<br>CECILIA BRUENING |
|---|---|
| | |
| By their attorneys, | By their attorneys, |
| | |
| CRAIG AND MACAULEY<br>  PROFESSIONAL CORPORATION | SULLIVAN & WORCESTER LLP |
| | |
| /s/ Daniel C. Reiser | /s/ Nicholas M. O'Donnell |
| Daniel C. Reiser<br>(BBO# 638204)<br>Martin P. Desmery<br>(BBO# 550133)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 367-9500 | Nicholas M. O'Donnell<br>(BBO# 657950)<br>Ira K. Gross<br>(BBO# 212720)<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800<br>nodonnell@sandw.com<br>igross@sandw.com |

Dated May 17, 2005

2