UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OAD, LLC, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 05-10150 (RCL) |
| SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING, ) | |
| Defendants. ) | |
| SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, and CECILIA BRUENING, individually and derivatively on behalf of OAD, LLC, ) | |
| Plaintiffs-in-counterclaim, ) | |
| v. ) | |
| OAD, LLC, and MICHAEL GRAY, ) | |
| Defendants-in-counterclaim. ) | |

STIPULATION EXTENDING TIME
FOR AUTOMATIC DISCLOSURES UNDER FED. R. CIV. P. 26

Plaintiff/counterclaim defendant OAD LLC, counterclaim defendant Michael Gray (collectively, the "Counterclaim Defendants") and defendants/counterclaim plaintiffs Sydney, Inc., d/b/a OAD Midwest, The Walstrom Group, Inc., Gary W. Walstrom, and Cecilia Bruening (collectively the "Defendants") hereby stipulate and agree to a further extension of the time in

{B0406481; 1}

which to file the Automatic Disclosures as required by Fed. R. Civ. P. 26 up to and through

July 18, 2005.

| | |
|---|---|
| OAD LLC<br>MICHAEL GRAY | SYDNEY, INC., d/b/a OAD MIDWEST, THE WALSTROM GROUP, INC., GARY W. WALSTROM, and<br>CECILIA BRUENING |
| By their attorneys, | By their attorneys, |
| CRAIG AND MACAULEY<br>  PROFESSIONAL CORPORATION | SULLIVAN & WORCESTER LLP |
| /s/ Daniel C. Reiser<br>Daniel C. Reiser<br>(BBO# 638204)<br>Martin P. Desmery<br>(BBO# 550133)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 367-9500<br>reiser@craigmacauley.com<br>mdesmery@craigmacauley.com | /s/ Nicholas M. O'Donnell<br>Nicholas M. O'Donnell<br>(BBO# 657950)<br>Ira K. Gross<br>(BBO# 212720)<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800<br>nodonnell@sandw.com<br>igross@sandw.com |

Dated June 2, 2005