UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAD LLC, <br><br> Plaintiff, <br><br> v. <br><br> SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, CECELIA BREUNING, <br><br> Defendants. | CIVIL ACTION NO. 05-10150(RCL) |
| SYDNEY, INC., d/b/a OAD MIDWEST, WALSTROM GROUP, INC., GARY W. WALSTROM, CECELIA BREUNING, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> OAD, LLC and MICHAEL GRAY, <br><br> Counterclaim Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties hereby stipulate and agree to dismiss the captioned action with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1).

| OAD LLC<br>MICHAEL GRAY | SYDNEY, INC., d/b/a OAD MIDWEST, THE WALSTROM GROUP, INC., GARY W. WALSTROM, and CECELIA BRUENING |
|---|---|
| By their attorneys, | By their attorneys, |
| CRAIG AND MACAULEY<br>PROFESSIONAL CORPORATION | SULLIVAN & WORCESTER LLP |
| *[signature]* | *[signature]* Ira K. Gross |
| Martin P. Desmery<br>(BBO# 550133)<br>Daniel C. Reiser<br>(BBO# 638204)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 367-9500 | Ira K. Gross<br>(BBO# 212720)<br>Nicholas M. O'Donnell<br>(BBO# 657950)<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800 |

Dated July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above document upon the attorney for each other party by mail on July 7, 2005.

*[signature]*